Electronically Filed
5/26/2020 6:24 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
**JACQUELINE R. BRETELL, ESQ.**
Nevada Bar No.: 12335
**MATTHEW B. BECKSTEAD, ESQ.**
Nevada Bar No.: 14168
**BIGHORN LAW**
716 South Jones Boulevard
Las Vegas, Nevada 89107
Phone: (702) 333-1111
jacqueline@bighornlaw.com
matthew@bighornlaw.com
*Attorneys for Plaintiff*

CASE NO: A-20-815529-C
Department 16

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| TRINA ARELLANO, an individual, | CASE NO: |
| Plaintiff, | DEPT. NO: |
| v. | |
| LVGV, LLC D/B/A THE M RESORT SPA CASINO, | |
| Defendant. | |

## COMPLAINT

///

///

///

///

///

///

///

///

///

///

///

COMES NOW the Plaintiff, TRINA ARELLANO, by and through attorneys JACQUELINE R. BRETELL, ESQ. and MATTHEW B. BECKSTEAD, ESQ. of BIGHORN LAW, and brings this complaint against Defendant, and hereby alleges as follows:

## I.  PARTIES AND JURISDICTION

1.  Plaintiff TRINA ARELLANO (hereinafter referred to as "PLAINTIFF") was, at all times relevant to this action, a resident of California who was visiting Clark County, Nevada;

2.  At all times relevant to this action, DEFENDANT LVGV, LLC D/B/A THE M RESORT SPA CASINO (hereinafter referred to as "DEFENDANT M RESORT SPA CASINO") is a Nevada limited-liability company that is doing business in Clark County, Nevada;

3.  The facts and circumstances that form the basis of this complaint occurred in Clark County, Nevada;

## II.  FACTUAL ALLEGATIONS

4.  That on May 28, 2018, DEFENDANT M RESORT SPA CASINO, located at 12300 Las Vegas Blvd S, Henderson, NV 89044 ("Premises"), by its authorized agents, servants, and/or employees, acting within the course and scope of their agency or employment, respectively, did negligently and/or carelessly own, maintain, operate, occupy, and control the Premises;

5.  The negligent conduct described in Paragraph 4 did cause and/or allow the rug or carpet that was on the floor inside DEFENDANT M RESORT SPA CASINO's Premises to be a trip hazard that ultimately caused PLAINTIFF to trip and fall;

6.  On May 29, 2018, PLAINTIFF completed a *Guest Accident Report* on DEFENDANT M RESORT SPA CASINO's form ("Report"), a redacted copy of which is attached hereto as **Exhibit 1**;

7.  The unredacted factual allegations contained in the Report are incorporated as fully set forth herein;

## III.  FIRST CAUSE OF ACTION
### (Negligence)

8.  PLAINTIFF hereby incorporates each and every foregoing paragraph as if fully set forth

1    herein;

2    9.    On May 28, 2018, PLAINTIFF and DEFENDANT M RESORT SPA CASINO had a

3    special relationship, to wit: an innkeeper-guest relationship;

4    10.   DEFENDANT M RESORT SPA CASINO, as proprietor of the Premises, had a duty to

5    use reasonable care to keep the Premises safe for PLAINTIFF;

6    11.   DEFENDANT M RESORT SPA CASINO negligence consisted of, but is not limited to,

7    the following acts, to wit:

8    (a)  Failure to provide a safe avenue for PLAINTIFF to walk in the Premises;

9    (b) Failure to warn PLAINTIFF of the dangerous and hazardous condition that then and

10   there existed in said Premises;

11   (c)  Failure to properly and adequately inspect the said dangerous condition in the Premises'

12   walkways in order to ascertain its hazardous and dangerous condition(s);

13   (d)  Failure to properly and adequately maintain the Premises' common areas that are open

14   to the public; and/or

15   (e)  DEFENDANT M RESORT SPA CASINO had, or should have had, knowledge or

16   notice of the existence of the said dangerous and defective condition which existed on said

17   Premises;

18   15.   By reason of DEFENDANT M RESORT SPA CASINO's aforesaid negligence and

19   carelessness, PLAINTIFF was injured and caused to suffer great pain of body and mind,

20   and PLAINTIFF has in fact incurred damages exceeding Fifteen Thousand Dollars

21   ($15,000.00);

22   18.   PLAINTIFF has been required to retain the law firm of BIGHORN LAW to prosecute this

23   action and is entitled to a reasonable attorneys' fees to the fullest extent allowed under

24   Nevada law;

25                 **IV.    PRAYER FOR RELIEF:**

26   1.  Damages for PLAINTIFF, in an amount in excess of $15,000.00;

27   2. Costs of this suit;

28   3. Attorney fees; and

1    4.  For such other and further relief in PLAINTIFF's favor as the Court may seem just

2 and proper upon the premises.

3         DATED this 26th day of May, 2020

4

5                           **BIGHORN LAW**

6                           */s/ Matthew B. Beckstead*

7                           **JACQUELINE R. BRETELL, ESQ.**
                            Nevada Bar No.: 12335

8                           **MATTHEW B. BECKSTEAD, ESQ.**
                            Nevada Bar No.: 14168

9                           716 S. Jones Blvd.

10                          Las Vegas, Nevada 89107
                            *Attorneys for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# GUEST ACCIDENT REPORT

M

RESORT · SPA · CASINO

RESORT * SPA * CASINO
LAS VEGAS

Assigned Dr #

2018 aw 316

Occurred: Date: 5 /29/ 18 Time: 23 : 23

## Guest Information

Name: Arellano , Trina         K.

Address: ▮▮▮▮▮  First  City: ▮▮▮▮▮  State: ▮▮  Zip: ▮▮▮▮  Initial

Phone: ▮▮▮▮▮  DOB: ▮▮▮▮▮

EMAIL: ▮▮▮▮▮

Employer: ▮▮▮▮▮  Occupation ▮▮▮▮▮

Are you a guest in out hotel? (YES)   NO   If YES, Room # 60-124

If NO, are you a guest at a local hotel or other address? YES   NO   Hotel: _____

Room # _____

Address: _____

City: _____  State: _____  Zip: _____

## Occurrence Information

Exactly where did this incident occur? hallway leading to hotel elevator

State, In your own words, what you were doing and what happened: My husband and I were walking through the hallway as I was walking off the carpet the metal border was up higher and it caught my right sandal. I fell hard on my left knee and right palm of my hand. I took Motrin hoping it will be better the next day, it was worse.

Were you injured?: YES ☑ NO ☐  If "YES", Please describe your injury?: bruised and swollen knee. Right palm is swollen, pain is in hand up to right shoulder. Can not lift arm above shoulder.

Name & Addresses of any witnesses: Gustavo Arellano , ▮▮▮▮▮
▮▮▮▮▮

Do you require medical attention beyond basic First Aid?: YES _____  NO ✗  (To be initialed by guest)

Whom may we contact in case of an emergency? Name: Gustavo Arellano

Address: Same  City: _____  State: _____  Zip: _____

Phone: ▮▮▮▮▮

Signature of Guest: _____  Date Signed: 5 /29/ 18



**Front View**          **Rear View**

Pain level from  0 (*no pain*) to  10 (*extreme pain*)

**Pain level:**  0 1 2 3 4 5 6 (7) 8 9 10   (circle one)

Injury Type: Redness - (Swelling) - (Bruise) - Scratch - Cut - Other (Circle applicable)

Trina Arellano
_____          _____          5/29/17
**Printed Name**                    **Signature**                      **Date**