

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINA ARELLANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC, D/B/A THE M RESORT SPA CASINO,<br><br>Defendant. | Case No.: 2:20-cv-2145-JAD-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME REGARDING PRE-TRIAL ORDER (ECF NO. 44)** |

The parties by and through their respective counsel of record, hereby submit this Stipulation to Continue The Deadline For The Joint Pretrial Order.

The parties first stipulated to extend the discovery deadlines on June 24, 2021 (ECF No. 26) and the Order granting the stipulation was filed on June 28, 2021 (ECF No. 28). The parties entered into a second stipulation to continue discovery on September 1, 2021 (ECF No. 30). That stipulation was denied on September 3, 2021 (ECF NO. 31) and the parties filed a new stipulation on September 7, 2021 (ECF No. 32). The order granting said stipulation was filed on September 9, 2021 (ECF No. 33). The parties filed a fourth request on November 22, 2021 (ECF No. 36) and the stipulation was granted in part and denied in part (ECF No. 38) on November 23, 2022.

Defendant filed a motion for summary judgment on May 20, 2022 (ECF No. 38). Plaintiff filed her opposition on June 3, 2022 (ECF No. 39). Defendant filed a reply brief on June 10, 2022 (ECF No. 40). The Court heard oral arguments on January 11, 2023 and denied Defendant's motion. In doing so, the Court set a settlement conference (ECF No. 45). The parties held a settlement

281385168v.1

conference on March 16, 2023 and could not reach a resolution (ECF No. 46). The Court had set a deadline for the joint pre-trial order for ten days after the settlement conference (ECF No. 44).

The parties need additional time to review exhibits and deposition testimony to prepare the joint pre-trial order. There are a number of records and depositions in this file to analyze and determine what will serve as evidence for this case. Counsel for Defendants also have a trial pending set for May 22, 2023 that is first in its stack, and there are several pre-trial motions also due in this matter on the same date. The parties only request a short two week extension, and anticipate having what the Court needs by this time. The new deadline would be as follows.

| Event | Current Date | New Date |
| --- | --- | --- |
| Pre-Trial Order | March 27, 2023 | April 10, 2023 |

| | |
| --- | --- |
| DATED this 23rd day of March, 2023<br><br>TANNER CHURCHILL ANDERSON<br><br> /s/ Jared Anderson<br>Jared Anderson, Esq.<br>Nevada Bar No. 7308<br>4001 Meadows Lane<br>Las Vegas, NV 89107<br>Attorney for Plaintiff | DATED this 23rd day of March, 2023<br><br>WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>Attorney for LVGV |
| | IT IS SO ORDERED.<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE |

Dated this 29th day of March 2023.

-2-

281385168v.1