**WILSON ELSER**

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINA ARELLANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC, D/B/A THE M RESORT SPA CASINO,<br><br>Defendant. | Case No.: 2:20-cv-2145<br><br>**Stipulation and Order to Dismiss with Prejudice**<br><br>ECF No. 56 |

The parties stipulate to dismiss all claims in case 2:20-cv-2145, all parties to bear their own fees and costs. No trial date was set.

| | |
|---|---|
| DATED this 13th day of July, 2023   .<br><br>INJURY LAWYERS OF NEVADA<br><br>_/s/ Jared Anderson_<br>Jared Anderson, Esq.<br>Nevada Bar No. 7308<br>Attorney for Plaintiff | DATED this 13th day of July, 2023.<br><br>**WILSON ELSER**<br><br>_/s/ Michael Lowry_<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorney for LVGV |

### ORDER

Based on the parties' stipulation [ECF No. 56] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. **The 12/5/23 jury trial and all related hearings and deadlines are VACATED**. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 31, 2023

284809501v.1